**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Case No. 16bk10903** |
| **KRAMER MECHANICAL, LLC,** | ) | |
| | ) | **Chapter 7** |
| | ) | |
| **Debtor.** | ) | **Honorable Timothy A. Barnes** |
| | ) | |

# FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO PORTER LAW NETWORK, ATTORNEY FOR DEBTOR, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 7,970.00 | TOTAL COSTS REQUESTED: | $ 1,891.22 |
| TOTAL FEES REDUCED: | $ 515.00 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 7,455.00 | TOTAL COSTS ALLOWED: | $ 1,891.22 |

**TOTAL FEES AND COSTS ALLOWED: $ 9,346.22**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

## (1) Unauthorized Work – TOTAL of disallowed amounts $ 425.00

The Court denies the allowance of compensation for work done prior to the authorization of retention. *In re Spanjer Bros., Inc.*, 203 B.R. 85, 94 (Bankr. N.D. Ill. 1996) (Squires, J.) ("The Court will not retrospectively allow any of the time expended prior to the time of the authorized retention because to do so would be to reward any delay or tardiness in promptly seeking retention. To allow bootstrapping of objected to fees paid at the expense of unsecured creditors undermines the policy in favor of prompt application for retention by professionals who will be seeking compensation from the bankruptcy estate. *See generally* 11 U.S.C. § 327 (prerequisite to the allowance of any fees or expenses that professional be employed); *In re Peoples Sav. Corp.*, 114 B.R. 151, 154 (Bankr. N.D.Ill. 1990) ('In the absence of a court order approving the Applicant's employment, there is no statutory basis upon which the Court can make a fee award.')").

## (2) Lumping – TOTAL of disallowed amounts (10% of affected entries): $ 90.00

The Court may impose a ten percent penalty on entries that appear to be "lumping." The Court will reduce each entry marked as such per the penalty. *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

IT IS FURTHER ORDERED that the Porter Law Network is granted an administrative expense claim in the amount of $2,576.22, the balance due after application of the Debtor's retainer, which the Porter Law Network has agreed will be treated as an unsecured claim for the purposes of distribution.

Dated: December 14, 2016

Timothy A. Barnes
United States Bankruptcy Judge

**Potter Law Network**
230 West Monroe
Suite 240
Chicago, IL 60606
312-372-4400

09-01-2016

**Timothy Kramer**
Kramer Mechanical, LLC
690 Walker Way
New Lenox,, IL 60451

**Bill Number: 450**
Bill Period: 03-01-2016 - 09-01-2016

**RE: Kramer Mechanical - Chapter 11**

**Time Detail**

| | Date | Timekeeper | Task | Hours | Rate |
|---|---|---|---|---|---|
| (1) Unauthorized Work | ~~03-01-2016~~ | ~~Karen J. Porter~~ | ~~B110 - Case Administration~~ | ~~0.400~~ | ~~425.00~~ |
| | ~~Telephone call with mr borse regarding status of chapter 11 case; retention issues; irs collection matters~~ | | | | |
| | 03-30-2016 | Karen J. Porter | B110 - Case Administration | 0.600 | 425.00 |
| | Draft, revise and finalize petition and other documents for emergency filing of chapter 11 case | | | | |
| | 03-30-2016 | Karen J. Porter | B110 - Case Administration | 0.200 | 425.00 |
| | Email communication with ms khans regarding filing of the chapter 11 case | | | | |
| | 04-01-2016 | Karen J. Porter | B111 - Motions and Hearings | 0.200 | 425.00 |
| | Revise and complete pleading; motion to extend time to file schedules | | | | |
| | 04-01-2016 | Karen J. Porter | B110 - Case Administration | 0.300 | 425.00 |
| | Email notification of the filing of the case to several creditors demanding payment by email | | | | |
| (2) Lumping | ~~04-01-2016~~ | ~~Karen J. Porter~~ | ~~B110 - Case Administration~~ | ~~0.600~~ | ~~425.00~~ |
| | ~~Telephone calls with mr borse regarding filing of case; retention of professionals; irs collection efforts; postpetition operations~~ | | | | |
| (2) Lumping | ~~04-04-2016~~ | ~~Karen J. Porter~~ | ~~B110 - Case Administration~~ | ~~0.400~~ | ~~425.00~~ |
| | ~~Telephone call with ms kramer regarding payroll issues; establishment of debtor in possession accounts~~ | | | | |
| | 04-04-2016 | Karen J. Porter | B110 - Case Administration | | 425.00 |
| | Telephone call with rick at bella investments regarding unpaid balance of 30,000 | | | | |
| | 04-05-2016 | Karen J. Porter | B110 - Case Administration | 0.600 | 425.00 |
| | Telephone call with ms kramer regarding banking; cash collateral and other matters | | | | |
| | 04-05-2016 | Karen J. Porter | B110 - Case Administration | 0.600 | 425.00 |
| | Telephone call with representatives of company willing to consider dip financial; sidney and alex regarding short and long term funding solutions | | | | |
| | 04-05-2016 | Karen J. Porter | B110 - Case Administration | 0.300 | 425.00 |
| | Telephone call with ms harper of the irs regarding agreements for the use of cash collateral | | | | |
| | 04-05-2016 | Karen J. Porter | B110 - Case Administration | 0.400 | 425.00 |
| | Telephone call with ms kramer regarding budget requirements for cash collateral | | | | |



EXHIBIT A

| Date | Timekeeper | Task | Hours | Rate |
|---|---|---|---|---|
| | motions | | | |
| 04-05-2016 | Karen J. Porter | B110 - Case Administration | 0.400 | 425.00 |
| | Telephone call with ms harper of the irs regarding status of liens and cash collateral | | | |
| 04-05-2016 | Karen J. Porter | B110 - Case Administration | 0.600 | 425.00 |
| | Telephone call with sidney and alex of regarding postpetition funding; terms and conditions of new financing; status of current exposure | | | |
| 04-05-2016 | Karen J. Porter | B110 - Case Administration | 0.300 | 425.00 |
| | Review irs liens to determine priority of secured claims | | | |
| 04-05-2016 | Karen J. Porter | B110 - Case Administration | 0.100 | 425.00 |
| | Telephone call with biel and biel regarding filing of chapter 11 case | | | |
| 04-06-2016 | Karen J. Porter | B111 - Motions and Hearings | 0.600 | 425.00 |
| | Court appearance on motion to extend time to file schedules; motion granted | | | |
| 04-07-2016 | Karen J. Porter | B110 - Case Administration | 0.400 | 425.00 |
| | Review terms of 750,000 funding deal | | | |
| 04-07-2016 | Karen J. Porter | B110 - Case Administration | 0.600 | 425.00 |
| | Review schedules d e and f; | | | |
| 04-07-2016 | Angelica Perez | B110 - Case Administration | 1.000 | 150.00 |
| | Draft bankruptcy schedules d e and f | | | |
| 04-08-2016 | Angelica Perez | B110 - Case Administration | 1.000 | 150.00 |
| | Draft bankruptcy schedules d e and f | | | |
| 04-08-2016 | Karen J. Porter | B111 - Motions and Hearings | 0.300 | 425.00 |
| | Revise and complete; application to employ attorneys | | | |
| 04-08-2016 | Karen J. Porter | B110 - Case Administration | 0.200 | 425.00 |
| | Telephone call with mr jaydos regarding receivable collection | | | |
| 04-11-2016 | Angelica Perez | B110 - Case Administration | 0.100 | 150.00 |
| | Email communication to assistant regarding creditors list | | | |
| 04-12-2016 | Angelica Perez | B110 - Case Administration | 0.100 | 150.00 |
| | Return phone call from Ms. Kramer regarding creditor list | | | |
| 04-12-2016 | Angelica Perez | B110 - Case Administration | 0.500 | 150.00 |
| | Draft bankruptcy schedules d e and f | | | |
| 04-12-2016 | Angelica Perez | B110 - Case Administration | 0.500 | 150.00 |
| | Draft bankruptcy schedules i and j | | | |
| 04-12-2016 | Karen J. Porter | B110 - Case Administration | 0.200 | 425.00 |
| | Draft letter to mr kramer regarding continuance of informal debtor interview and requirement that he attend | | | |
| 04-12-2016 | Karen J. Porter | B110 - Case Administration | 0.400 | 425.00 |
| | Draft letter to mr kramer regarding status of the lists of creditors | | | |
| 04-12-2016 | Karen J. Porter | B110 - Case Administration | 0.600 | 425.00 |
| | Draft letter to mr kramer regarding dismissal of the chapter 11 case | | | |
| 04-15-2016 | Angelica Perez | B110 - Case Administration | 0.300 | 150.00 |
| | Draft bankruptcy schedules d e and f | | | |
| 04-18-2016 | Angelica Perez | B110 - Case Administration | 1.000 | 150.00 |
| | Sending notice of 341 creditor meeting | | | |
| 04-18-2016 | Angelica Perez | B110 - Case Administration | 0.300 | 150.00 |
| | Draft bankruptcy schedules A/B | | | |
| 04-18-2016 | Karen J. Porter | B110 - Case Administration | 0.300 | 425.00 |
| | Telephone call with ms kramer regarding informal debtor interview; debtor in possession requirements | | | |
| 04-19-2016 | Karen J. Porter | B110 - Case Administration | 1.000 | 425.00 |
| | Attend informal debtor interview | | | |
| 04-19-2016 | Karen J. Porter | B110 - Case Administration | 0.700 | 425.00 |
| | Meeting with mr and mrs kramer regarding debtor in possession requirements | | | |

| Date | Timekeeper | Task | Hours | Rate |
|---|---|---|---|---|
| 04-20-2016 | Karen J. Porter | B111 - Motions and Hearings | 0.600 | 425.00 |
| | Court appearance on motion for relief from the stay and application to employ attorneys; both motions granted | | | |
| 04-20-2016 | Karen J. Porter | B110 - Case Administration | 0.400 | 425.00 |
| | Telephone call with mr nelson of tower insurance agency regarding status of policy; audit liability; grace periods; issues with policy cancellation | | | |
| 04-22-2016 | Karen J. Porter | B110 - Case Administration | 0.400 | 425.00 |
| | Telephone call with ms buntz regarding potential of dip financing | | | |
| 04-22-2016 | Angelica Perez | B110 - Case Administration | 0.200 | 150.00 |
| | Filed certificate of service notice of chapter 11 bankruptcy case | | | |
| 04-22-2016 | Angelica Perez | B110 - Case Administration | 0.500 | 150.00 |
| | Draft revise and complete certificate of service notice of chapter 11 bankruptcy case | | | |
| 04-22-2016 | Angelica Perez | B110 - Case Administration | 0.300 | 150.00 |
| | Draft revise and complete receipt and verification form | | | |
| 04-26-2016 | Angelica Perez | B110 - Case Administration | 0.200 | 150.00 |
| | Email communication to acuity insurance agent regarding certificate of insurance | | | |
| 04-26-2016 | Angelica Perez | B110 - Case Administration | 0.200 | 150.00 |
| | Telephone call with acuity insurance agent regarding certificate of insurance | | | |
| 04-27-2016 | Angelica Perez | B110 - Case Administration | 0.400 | 150.00 |
| | Prepare for 341 meeting of creditors | | | |
| 04-27-2016 | Karen J. Porter | B110 - Case Administration | 1.200 | 425.00 |
| | Attend creditors meeting; meeting held and adjourned | | | |
| 04-29-2016 | Karen J. Porter | B110 - Case Administration | 0.400 | 425.00 |
| | Revise and complete motion to dismiss chapter 11 case | | | |
| 04-29-2016 | Angelica Perez | B110 - Case Administration | 0.200 | 150.00 |
| | Prepare for sending notice of motion to dismiss | | | |
| 05-05-2016 | Angelica Perez | B110 - Case Administration | 0.400 | 150.00 |
| | Sending notice of motion to dismiss | | | |
| 05-06-2016 | Angelica Perez | B110 - Case Administration | 0.400 | 150.00 |
| | Draft case status letter | | | |
| 05-06-2016 | Karen J. Porter | B110 - Case Administration | 0.300 | 425.00 |
| | Revise and complete letter re quarterly fees and monthly operating reports | | | |
| 05-10-2016 | Angelica Perez | B110 - Case Administration | 0.200 | 150.00 |
| | Prepare for court - motion for adequate protection | | | |
| 05-11-2016 | Karen J. Porter | B111 - Motions and Hearings | 0.500 | 425.00 |
| | Court appearance on ford motion for adequate protection; motion continued to 5/17 | | | |
| 05-16-2016 | Karen J. Porter | B111 - Motions and Hearings | 0.300 | 425.00 |
| | Review objection to motion to dismiss and motion to convert case to a chapter 7 | | | |
| 05-17-2016 | Karen J. Porter | B111 - Motions and Hearings | 0.600 | 425.00 |
| | Court appearance on motion to dismiss case and motion for adequate protection; union objected to dismissal; case converted to a chapter 7 case | | | |
| | | | **Total Fees** | 7,970.00 |

## Task Summary

| Timekeeper | Hours | Amount |
|---|---|---|
| Angelica Perez | 7.800 | 1,170.00 |
| Karen J. Porter | 16.000 | 6,800.00 |

| Task | Timekeeper | Hours | Amount |
|---|---|---|---|
| B110 - Case Administration | Angelica Perez | 7.800 | 1,170.00 |
| | Karen J. Porter | 12.900 | 5,482.50 |
| B111 - Motions and Hearings | Karen J. Porter | 3.100 | 1,317.50 |

## Expenses

| Date | Timekeeper | Plan Task | Expense | Price | Qty | Amount |
|---|---|---|---|---|---|---|
| 03-30-2016 | Karen J. Porter | | E112 - Court fees | 1,717.00 | 1 | 1,717.00 |
| | E112 - Court fees: chapter 11 filing fee | | | | | |
| 04-15-2016 | Angelica Perez | | E101 - Copying | | 0 | 21.45 |
| | E101 - Copying notice of 341 meeting | | | | | |
| 04-18-2016 | Angelica Perez | | E108 - Postage | | 0 | 39.69 |
| | E108 - Postage notice of 341 meeting | | | | | |
| 05-05-2016 | Angelica Perez | | E101 - Copying | | 0 | 72.41 |
| | E101 - Copying motion to dismiss | | | | | |
| 05-05-2016 | Angelica Perez | | E108 - Postage | | 0 | 40.67 |
| | E108 - Postage motion to dismiss | | | | | |
| | | | | **Total Expenses** | | 1,891.22 |
| | | | | **Total for this Bill** | | 9,861.22 |