UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 16bk10903 |
| KRAMER MECHANICAL, LLC, ) | |
| ) | Chapter 7 |
| ) | |
| Debtor. ) | Honorable Timothy A. Barnes |
| ) | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO MIRIAM R. STEIN, ATTORNEY FOR TRUSTEE, FOR ALLOWANCE AND PAYMENT OF FIRST INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 22,950.00 | TOTAL COSTS REQUESTED: | $ 684.65 |
| TOTAL FEES REDUCED: | $ 0.00 | TOTAL COSTS REDUCED: | $ 17.25 |
| TOTAL FEES ALLOWED: | $ 22,950.00 | TOTAL COSTS ALLOWED: | $ 667.40 |

**TOTAL FEES AND COSTS ALLOWED: $ 23,617.40**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the right of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(1)    Unauthorized Travel – **TOTAL of disallowed amounts: $ 17.25**

The court in this district does not compensate for local counsel to travel to the court.

Dated: April 19, 2017

Timothy A. Barnes
United States Bankruptcy Judge

Client Number: 25139                                                                                    Page Number: 3

| Date | Description | Amount |
|---|---|---|
| 09/30/16 | Travel Expenses | $7.25 (1) Unauth'd |
| 09/30/16 | MIRIAM R. STEIN; Invoice # 357098; Travel Expenses Cabfare to court on Motion to Approve Payment of Auctioneer | $10.00 Travel |
| 12/06/16 | Filing Fees IL Northern CM ECF E-payment for E-filed documents | $350.00 |
| 02/28/17 | Photocopy Expenses | $317.40 |

TOTAL DISBURSEMENTS FOR THIS MATTER                                                                     $684.65

**BILLING SUMMARY**

| | | | |
|---|---|---|---|
| Stein, Miriam R. | 18.00 hrs | 300.00 /hr | $5,400.00 |
| TOTAL FEES | 18.00 hrs | | $5,400.00 |
| TOTAL DISBURSEMENTS | | | $684.65 |
| TOTAL CHARGES FOR THIS BILL | | | $6,084.65 |